IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30686
Summary Calendar
_____

EDWARD GIOVANNI,

Plaintiff-Appellant,

versus

DARYL VANNOY, Colonel; JACK HAMMONTREE, Lieutenant;
JOE HALEY, Captain; JEFFREY HEWES, Captain;
TROY PORET, Sergeant; MICHAEL ZIMMERMAN, Sergeant,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 93-CV-69-B-M2
- - - - - - - - - -
August 28, 1997
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

Edward Giovanni, #96746, appeals the district court's grant
of the defendants' supplemental motion for summary judgment and
dismissal of his 42 U.S.C. § 1983 suit. He contends that genuine
issues of material fact remain with respect to his claims
regarding the body cavity search conducted on November 8, 1992,
and a disciplinary report, which he asserts was "fabricated" in

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

retaliation for his exercising his First Amendment right to seek access to the courts.  We have reviewed the record and briefs and AFFIRM the district judge's dismissal for essentially the same reasons adopted by the district judge.  <u>Giovanni v. Vannoy Et Al.</u>, No. 93-69-B-M2 (M.D. La. Feb. 28, 1996).

AFFIRMED.